

2600 Eagan Woods Dr, Suite 400  60 East 42nd Street, 46th Floor
St. Paul, MN 55121  New York, NY 10165
651-406-9665  212-267-7342

Defendant: **WompMobile, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 22D0718 | 1/1/2023 | $58,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 22D0713A | 12/1/2022 | $58,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 22D0711 | 11/1/2022 | $68,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 2201235 | 1/17/2023 | $5,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 2201217 | 12/31/2022 | $17,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 2201208 | 12/17/2022 | $5,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 2201199 | 11/30/2022 | $17,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112693 | $235,500.00 | 2/24/2023 | 2201188 | 11/17/2022 | $5,000.00 |

Totals:    1 transfer(s),    $235,500.00